616

■ MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Successor Trustee, v. FORTY WALL STREET CORPORATION et al. HERBERT L. BRICKMAN et al. v. FORTY WALL STREET CORPORATION et al.— Motion by respondent Charles Trynin, individually and as attorney for Norman E. Blankman, Ralph C. Baker and William J. Farmery, individually and as committee, denied, with leave, however, to renew the motion on the argument or submission of the main appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE TORMOS and HORTENSIA TORMOS, against COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK and the NEW YORK FOUNDLING HOSPITAL.— Motion granted insofar as to extend appellants' time to procure the record on appeal and appellants' points to be served and filed to and including March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. If the above condition is not complied with, the respondents may submit for signature an order dismissing the appeal without further notice to relators-appellants. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SAM H. LIPSON, as Receiver of MR. HAMBURG-BRONX CORP., v. CHARLES RADER et al.— Motion for extension of time granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. The appellant is permitted to have the appeal heard on the case on appeal submitted to this court in *Lipson* v. *H. M. R. Enterprises* (9 A D 2d 759), by adding and printing as additional part thereto the testimony and record contained in the stenographic minutes of the trial in the court below, and other papers, documents, etc. which will constitute a complete record on appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of MILLIKEN WOOLENS, INC., et al. against WEBER KNIT SPORTSWEAR, INC.— Motion granted insofar as to extend the respondent-appellant's time to serve and file the record on appeal and appellant's points to and including March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.